AO 106 (Rev. 04/10)  Application for a Search Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Four parcels seized on May 8, 2018, and currently in the<br>custody of the United States Postal Inspection Service | )<br>)<br>)<br>)<br>)    Case No.  2:18-MJ-1182 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Central _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| See Attachment B | |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jonathan M. Ramirez, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

City and state:  Los Angeles, California

_____
*Judge's signature*

Hon. Gail J. Standish, U.S. Magistrate Judge
*Printed name and title*

AUSA: Scott Lara x0427

**ATTACHMENT A**

PARCELS TO BE SEARCHED

1.   A United States Postal Service Priority Mail parcel
bearing label number 9505 5152 5737 8127 1141 07, which is a
USPS large white cardboard box, weighing approximately 7 pounds,
postmarked on May 7, 2018, in Los Angeles, California and which
bears a handwritten address label with the following recipient
information: "Darryl Jones, 102 Christine Circle, Monroe, LA
71203" and with the following return address information:
"Anthony Conde, 1040 W. 132th St, Gardena, CA 90247."

2.   A United States Postal Service Priority Mail parcel
bearing label number 9505 5142 4676 8127 1685 57, which is a
brown cardboard box, weighing approximately 9 pounds, postmarked
on May 7, 2018, in Los Angeles, California, and which bears a
printed address label with the following recipient information:
"JAMES D. MCLEMORE, 1776 Elberon Ave., East Cleveland, OH 44112"
and with the following return address information: "ATT: HOBBY
APE, 3616 N Rancho Dr. #1, Las Vegas, NV 89130."

3.   A United States Postal Service Priority Mail parcel
bearing label number 9505 5125 0644 8127 0945 55, which is a
USPS large white cardboard box, weighing approximately 2 pounds
and 15 ounces, postmarked on May 7, 2018, in Los Angeles,
California, and which bears a handwritten address label with the
following recipient information: "Lisa Washington, 405 Oxford,
drive, Sherman, TX 75092" and with the following return address
information: "James Lawson, 924 Lanzit Ave, Los Angeles, CA
90059."

4.    A United States Postal Service Priority Mail parcel
bearing label number 9505 5125 0644 8127 0945 62, which is a
USPS large white cardboard box, weighing approximately 4 pounds
and 5 ounces, postmarked on May 7, 2018, in Los Angeles,
California and which bears a handwritten address label with the
following recipient information: "Lisa Washington, 405 Oxford,
drive, Sherman, TX 75092" and with the following return address
information: "James Lawson, 924 Lanzit Ave, Los Angeles, CA
90059."

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance); 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance); and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

       a.   Any drugs;

       b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1000; and

       c.   Packaging material.

## AFFIDAVIT

I, Jonathan M. Ramirez, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of an application for a warrant to search United States Postal Service ("USPS") Priority Mail parcels bearing label numbers 9505 5152 5737 8127 1141 07 (the "07 Parcel"), 9505 5142 4676 8127 1685 57 (the "57 Parcel"), 9505 5125 0644 8127 0945 55 (the "55 Parcel"), and 9505 5125 0644 8127 0945 62 (the "62 Parcel") (collectively referred to as the "Subject Parcels"), currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in in Attachment A.  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does

not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND FOR POSTAL INSPECTOR JONATHAN RAMIREZ

3.  I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since June 2017.  Prior to becoming a Postal Inspector, I served as a police officer with the Orange County Sheriff's Office and the Pasadena Police Department for approximately five years, combined.  As part of my training as a United States Postal Inspector, I completed a twelve-week training course in Potomac, Maryland, which included training in the investigation of drug distribution using the mail.  I am currently assigned to the USPIS Los Angeles Division, Prohibited Mail Narcotics, Parcel Task Force (the "Parcel Task Force"), which is comprised of Postal Inspectors and Los Angeles Police Department ("LAPD") officers and detectives.  The Parcel Task Force is responsible for investigating drug distribution through the United States Mail.  I have also completed a forty-hour LAPD narcotics school training course.  Since June 2017, I have participated in multiple investigations into USPS-related violations of the Controlled Substances Act, and I have also discussed my investigations with more experienced law enforcement officers. I have conducted numerous investigations into drug distribution and money laundering involving the United States Mail.  I am

2

familiar with the ways in which drug distributors use the mail system to transport drugs and drug proceeds.

### III. SUMMARY OF PROBABLE CAUSE

4.    On May 7, 2018, while at the Los Angeles Processing and Distribution Center, I noticed the Subject Parcels and thought they looked suspicious because I observed that each had at least some of the characteristics common to parcels containing contraband; for example, the return addresses or senders did not appear to exist and the sender sent the parcel through the Priority Mail service without a business account number.  On May 8, 2018, the Subject Parcels were presented individually to a trained drug-detecting dog, which alerted to the presence of drugs or drug contaminated items inside each of the Subject Parcels.

### IV. STATEMENT OF PROBABLE CAUSE

#### A.    Background

5.    Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

a.    Los Angeles is a major source area for drugs. Drugs are frequently transported from Los Angeles to elsewhere through the mail, and the proceeds from drugs sales are frequently returned to Los Angeles through the mail.

b.    Drug distribution proceeds often emit an odor of drugs, not detectable by humans but sometimes detectable by a

3

trained drug detection dog, because they have been contaminated with drugs.

      c.   Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three day delivery mail product. Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery. Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destinations for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug distributors have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

    6.   The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

      a.   The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

      b.   The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

      c.   The handwritten label on the parcel does not contain a business account number;

      d.   The parcel is mailed from a different state then the address listed for the sender;

4

       e.    The seams of the parcel are all taped or glued shut;

       f.    The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

       g.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

    7.    Parcels exhibiting such indicia are the subject of further investigation, which may include verification of the addressee and return addresses and trained drug-detection dog examination.

    8.    I know from my training and experience that drug distributors often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.  To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

    **B.    USPIS Identification of the Subject Parcels**

    9.    On May 7, 2018, I was at the Los Angeles Processing and Distribution Center located at, 7001 South Central Ave. Los Angeles, CA 90052 when I intercepted the Subject Parcels because I observed the Subject Parcels to have characteristics common to parcels containing contraband.  The Subject Parcels were removed from the mail for further inspection.

**C.   Initial Investigation of the 07 Parcel**

10.   The 07 Parcel is a USPS large white cardboard box, weighing approximately 7 pounds.  The exterior dimensions of the 07 Parcel are approximately 12 inches by 12 inches by 6 inches.

11.   I noticed that the 07 Parcel exhibited the following characteristics:

    a.   The sender and recipient information were handwritten;

    b.   The PARCEL was mailed using Priority Mail service with no business account number; and

    c.   The seams of the parcel are all taped shut.

12.   I used the CLEAR[1] database to research the return and recipient addresses address written on the 07 Parcel.

    a.   The return address is "Anthony Conde, 1040 W. 132th St, Gardena, CA 90247."  I found no record in CLEAR of the address, indicating the address likely does not exist.  Using CLEAR with another variation of the address, "1040 W. 132nd St., Gardena, CA 90247," I still found no record of the address.

    b.   The recipient address is "Darryl Jones, 102 Christine Circle, Monroe, LA 71203."  However, I also found no record in CLEAR of such a person at that address.

**D.   Initial Investigation of the 57 Parcel**

13.   The 57 Parcel is a brown cardboard box weighing approximately 9 pounds.  The exterior dimensions of the parcel are approximately 12 inches by 12 inches by 15 inches.

---

[1] CLEAR is a public information database that collects personal identifying information such as names, addresses, and telephone numbers.

14.   I noticed that the 57 Parcel exhibited the following characteristics;

        a.   The 57 Parcel was mailed using the Priority Mail service with no business account.

        b.   The printed address label showed a return address to a different state then it was mailed from.

15.   I used the CLEAR database to research the return and recipient addresses address printed on the 57 Parcel.

        a.   The parcel was mailed from California, but the return address is "ATT: HOBBY APE, 3616 N Rancho Dr. #1, Las Vegas NV 89130." I found no record in CLEAR of HOBBY APE at that address. Using CLEAR, I located a phone number for the business located at that address and spoke with the manager, "Steve." Steve told me the business is a hobby store, but that he had never heard of HOBBY APE.  Steve told me that his hobby store has no businesses in California and that it does not ship from California.

        b.   The recipient address is "JAMES D. MCLEMORE, 1776 Elberon Ave., East Cleveland, OH 44112." I found no record in CLEAR of such a person at that address.

**E.   Initial Investigation of the 55 Parcel**

16.   The 55 Parcel is a USPS large white cardboard box, weighing approximately 2 pounds and 15 ounces.  The exterior dimensions of the 55 Parcel are approximately 12 inches by 12 inches by 6 inches.

17.   I noticed that the 55 Parcel exhibited the following characteristics:

7

a.    The sender and recipient information were handwritten;

b.    The PARCEL was mailed using Priority Mail service with no business account number; and

c.    The seams of the parcel are all taped shut.

18.    I used the CLEAR database to research the return and recipient addresses address written on the 55 Parcel.

a.    The return address is "James Lawson, 924 Lanzit Ave, Los Angeles, CA 90059." I found no record in CLEAR of such a person at that address.

b.    The recipient address is "Lisa Washington, 405 Oxford drive, Sherman, TX 75092." I found no record in CLEAR of such a person at that address.

19.    I also noticed that the 55 Parcel also contained the same sender and recipient information with similar handwriting as the 62 Parcel.

**F.    Initial Investigation of the 62 Parcel**

20.    I located the 62 Parcel after the 55 Parcel and saw that it had the same sender and recipient as the 55 parcel. There was no record in CLEAR of either the sender or the recipient at the listed addresses.

21.    The 62 Parcel is a USPS large white cardboard box, weighing approximately 4 pounds and 5 ounces. The exterior dimensions of the 62 Parcel are approximately 12 inches by 12 inches by 6 inches.

22.    I noticed that the 62 Parcel exhibited the same characteristics as the 55 Parcel, to include:

8

      a.   The sender and recipient information was handwritten;

      b.   The 62 Parcel was mailed using Priority Mail service with no business account number; and

      c.   The seams of the 62 Parcel are all taped shut.

## G.  Drug Detection Dog Alerts to the Subject Parcels

23.  On May 8, 2018, LAPD Officer Hillary Del Rio and her trained drug-detection dog, "Cooper" examined the exterior of the Subject Parcels individually.  Attached as Exhibit 1, and incorporated by reference herein, is a true and correct copy of information provided to me by Officer Del Rio regarding Cooper's training and history in detecting drugs, as well as Cooper's examination of each of the Subject Parcels.

24.  Officer Del Rio told me that Cooper positively alerted to the Subject Parcels individually, indicating the presence of drugs or drug contaminated substances in each of the Subject Parcels.

## V.  CONCLUSION

25.  For all the reasons above, there is probable cause to believe that the Subject Parcels, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate

the distribution of a controlled substance), as described in

Attachment B.

_____

JONATHAN M. RAMIREZ
United States Postal Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me
this _____ day of May 2018.

_____

UNITED STATES MAGISTRATE JUDGE

10

EXHIBIT 1

1        Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD)

2    Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your

3    Affiant has attended classes, seminars, training lectures and received on the job training in the

4    field of narcotics given by narcotics experts. These experts conduct narcotic enforcement

5    investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement

6    Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau

7    of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour

8    Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such

9    as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant

10   completed the California POST Certification for the 11550 H&S - Under the Influence of a

11   Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests

12   and investigations, and has interviewed over 100 narcotic users and sellers on the methods of

13   use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is

14   currently working under the direction of senior narcotic officers and tenured certified K9

15   narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in

16   addition to publications from other agencies related to narcotic investigations and detection.

17        On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD

18   narcotic detection canine. Your Affiant's responsibilities consist of the care, training and

19   handling of the K-9. K-9 Cooper has received over 240 hours of training, during which time he

20   has successfully located over 970 training aids, consisting of actual narcotics. These narcotics

21   include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively

22   alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23    consists of physical and behavioral reactions, which include a heightened emotional state and

24    possessive behavior in combination with focusing on the source of the scent.

25        The Los Angeles Police Department and the National Police Canine Association (NPCA)

26    have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of

27    June 6, 2017. The most current certification was obtained on January 9, 2018. K9-Cooper has

28    been successfully used in over 35 investigations in which controlled substances have been

29    located. K9-Cooper is responsible for the seizure of over 18 kg of methamphetamine, over 1.5 kg

30    of heroin, over 3 kg of cocaine and over 27 lbs. of marijuana.

31        On May 8, 2018 at 1215 hours, your Affiant responded to a request for a parcel sniff at

32    1055 N Vignes Street (USPS Alameda Carrier Annex).  K9-Cooper conducted a sniff of a USPS

33    parcel (white, Priority Mail box) with tracking #9505 5125 5737 8127 1141 07). K9-Cooper

34    positively alerted to the presence of narcotic odor on the above referenced parcel.

35        I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and

36    correct to the best of my knowledge and belief, and that this affidavit was executed on

37    May 8, 2018 at 1242 hours, in the County of Los Angeles, California.

38

39    *Hill Del Rio #39705 5/8/18*

40    Police Officer Hillary Del Rio, Serial No. 39705

1    Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD)

2    Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your

3    Affiant has attended classes, seminars, training lectures and received on the job training in the

4    field of narcotics given by narcotics experts. These experts conduct narcotic enforcement

5    investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement

6    Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau

7    of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour

8    Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such

9    as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant

10   completed the California POST Certification for the 11550 H&S - Under the Influence of a

11   Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests

12   and investigations, and has interviewed over 100 narcotic users and sellers on the methods of

13   use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is

14   currently working under the direction of senior narcotic officers and tenured certified K9

15   narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in

16   addition to publications from other agencies related to narcotic investigations and detection.

17   On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD

18   narcotic detection canine. Your Affiant's responsibilities consist of the care, training and

19   handling of the K-9. K-9 Cooper has received over 240 hours of training, during which time he

20   has successfully located over 970 training aids, consisting of actual narcotics. These narcotics

21   include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively

22   alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23    consists of physical and behavioral reactions, which include a heightened emotional state and

24    possessive behavior in combination with focusing on the source of the scent.

25        The Los Angeles Police Department and the National Police Canine Association (NPCA)

26    have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of

27    June 6, 2017. The most current certification was obtained on January 9, 2018. K9-Cooper has

28    been successfully used in over 35 investigations in which controlled substances have been

29    located. K9-Cooper is responsible for the seizure of over 18 kg of methamphetamine, over 1.5 kg

30    of heroin, over 3 kg of cocaine and over 27 lbs. of marijuana.

31        On May 8, 2018 at 1215 hours, your Affiant responded to a request for a parcel sniff at

32    1055 N Vignes Street (USPS Alameda Carrier Annex). K9-Cooper conducted a sniff of a parcel

33    (brown box with white labels) with tracking #9505 5142 4676 8127 1685 57. K9-Cooper

34    positively alerted to the presence of narcotic odor on the above referenced parcel.

35        I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and

36    correct to the best of my knowledge and belief, and that this affidavit was executed on

37    May 8, 2018 at 1245 hours, in the County of Los Angeles, California.

38

39    H.S. Del Rio #39705 5/08/18

40    Police Officer Hillary Del Rio, Serial No. 39705

1    Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD)

2    Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your

3    Affiant has attended classes, seminars, training lectures and received on the job training in the

4    field of narcotics given by narcotics experts. These experts conduct narcotic enforcement

5    investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement

6    Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau

7    of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour

8    Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such

9    as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant

10   completed the California POST Certification for the 11550 H&S - Under the Influence of a

11   Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests

12   and investigations, and has interviewed over 100 narcotic users and sellers on the methods of

13   use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is

14   currently working under the direction of senior narcotic officers and tenured certified K9

15   narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in

16   addition to publications from other agencies related to narcotic investigations and detection.

17   On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD

18   narcotic detection canine. Your Affiant's responsibilities consist of the care, training and

19   handling of the K-9. K-9 Cooper has received over 240 hours of training, during which time he

20   has successfully located over 970 training aids, consisting of actual narcotics. These narcotics

21   include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively

22   alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23    consists of physical and behavioral reactions, which include a heightened emotional state and

24    possessive behavior in combination with focusing on the source of the scent.

25          The Los Angeles Police Department and the National Police Canine Association (NPCA)

26    have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of

27    June 6, 2017. The most current certification was obtained on January 9, 2018. K9-Cooper has

28    been successfully used in over 35 investigations in which controlled substances have been

29    located. K9-Cooper is responsible for the seizure of over 18 kg of methamphetamine, over 1.5 kg

30    of heroin, over 3 kg of cocaine and over 27 lbs. of marijuana.

31          On May 8, 2018 at 1215 hours, your Affiant responded to a request for a parcel sniff at

32    1055 N Vignes Street (USPS Alameda Carrier Annex).  K9-Cooper conducted a sniff of a USPS

33    parcel (white, Priority Mail box) with tracking #9505 5125 0644 8127 0945 55. K9-Cooper

34    positively alerted to the presence of narcotic odor on the above referenced parcel.

35          I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and

36    correct to the best of my knowledge and belief, and that this affidavit was executed on

37    May 8, 2018 at 1240 hours, in the County of Los Angeles, California.

38

39    _H SDe Rio #39705 5/8/18_____

40    Police Officer Hillary Del Rio, Serial No. 39705

1    Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD)

2    Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your

3    Affiant has attended classes, seminars, training lectures and received on the job training in the

4    field of narcotics given by narcotics experts. These experts conduct narcotic enforcement

5    investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement

6    Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau

7    of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour

8    Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such

9    as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant

10    completed the California POST Certification for the 11550 H&S - Under the Influence of a

11    Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests

12    and investigations, and has interviewed over 100 narcotic users and sellers on the methods of

13    use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is

14    currently working under the direction of senior narcotic officers and tenured certified K9

15    narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in

16    addition to publications from other agencies related to narcotic investigations and detection.

17    On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD

18    narcotic detection canine. Your Affiant's responsibilities consist of the care, training and

19    handling of the K-9. K-9 Cooper has received over 240 hours of training, during which time he

20    has successfully located over 970 training aids, consisting of actual narcotics. These narcotics

21    include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively

22    alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23    consists of physical and behavioral reactions, which include a heightened emotional state and

24    possessive behavior in combination with focusing on the source of the scent.

25        The Los Angeles Police Department and the National Police Canine Association (NPCA)

26    have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of

27    June 6, 2017. The most current certification was obtained on January 9, 2018. K9-Cooper has

28    been successfully used in over 35 investigations in which controlled substances have been

29    located. K9-Cooper is responsible for the seizure of over 18 kg of methamphetamine, over 1.5 kg

30    of heroin, over 3 kg of cocaine and over 27 lbs. of marijuana.

31        On May 8, 2018 at 1215 hours, your Affiant responded to a request for a parcel sniff at

32    1055 N Vignes Street (USPS Alameda Carrier Annex).  K9-Cooper conducted a sniff of a USPS

33    parcel (white, Priority Mail box) with tracking #9505 5125 0644 8127 0945 62. K9-Cooper

34    positively alerted to the presence of narcotic odor on the above referenced parcel.

35        I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and

36    correct to the best of my knowledge and belief, and that this affidavit was executed on

37    May 8, 2018 at 1235 hours, in the County of Los Angeles, California.

38

39    *Hill Del Rio  #39705  5/8/18*

40    Police Officer Hillary Del Rio, Serial No. 39705